■ (A) SAMUEL GRANICK, Respondent, v. MARTIN T. MOBACH et al., Appellants. (B) In the Matter of the Accounting of CHARLES F. PAYNE, as Admin-

istrator of the Estate of ORVILLE PAYNE, Deceased, Respondent. PAUL A. LEHMANN, Appellant.— [In each action] Motion by respondent for leave to appeal to the Court of Appeals, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.